ANNA STOPCHIK, Respondent, v. SAMUEL RODIN and OSCAR RODIN, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

RUTH TEPPER, an Infant under the Age of Fourteen Years, by MORRIS TEPPER, Her Guardian ad Litem, Respondent, v. HERMAN Moss, Appellant. PAULA TEPPER, Respondent, v. HERMAN Moss, Appellant.— Order denying defendant's motion to consolidate actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

TOWN OF HEMPSTEAD, Respondent, v. WILLIAM J. STRATTON and Others, as Members of the Village Board of t⁷e Incorporated Village of Malverne, Appellants. — Order of the County Court of Nassau county granting plaintiff's motion for judgment on the pleadings and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

TUBWELL CONSTRUCTION Co., INC., Respondent, v. HARRY SHORENSTEIN and TILLIE SHORENSTEIN, Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

MAURICE X. C. WEINBERGER, Respondent, v. HERMAN B. BRUMBERG, Defendant, and JAMES HIRSCH, Appellant.— Order granting motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements, as this court, in the absence of abuse, will not interfere with the discretion of the Special Term. Lazansky, P. J., Hagarty, Scudder and Davis, JJ., concur; Carswell, J., concurs in result.

YONKERS NATIONAL BANK AND TRUST COMPANY, Respondent, v. YERKS & Co., INC., Appellant, and WESTCHESTER TRUST COMPANY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ. [142 Misc. 640.]

GEORGE E. YOUNG, Respondent, v. ROBERT W. YOUNG and JESSIE E. YOUNG, His Wife, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ADELPHI HALL, INC., Respondent, v. SOL G. STERN, as Executor, etc., of MARK PEISER, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

CUSHMAN'S SONS, INC., Appellant, v. BRITEGOLD REALTY COMPANY, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Scudder, J., not voting.

HARRY J. ELARDE, Appellant, v. HENRY MUNDT and WINIFRED MUNDT, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.